JASON D. FIRTH (Nevada Bar No. 8801)
jfirth@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
ERIC T. ALDRIAN (Nevada Bar No. 11897)
ealdrian@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:   (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiff
Station Casinos, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATION CASINOS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RYAN MURPHY, an individual,<br><br>Defendant. | Case No.  2:10-cv-01770-GMN-LRL<br><br>**PROOF OF SERVICE** |

### AFFIDAVIT OF ERIC T. ALDRIAN

COUNTY OF CLARK    )
                                       )  ss.
STATE OF NEVADA   )

I, Eric T. Aldrian, being first duly sworn, do hereby state as follows:

1. I am over 18 years of age and I am competent to testify as to the truth of these statements if called upon to do so. All of the statements contained in this Affidavit are made on the basis of personal knowledge, unless otherwise stated.

2. I am an attorney at Brownstein Hyatt Farber Schreck, LLP, counsel for Plaintiff Station Casinos, Inc. in this action. I make this Affidavit of Proof of Service pursuant to the Court's Order (Dkt. No. 22).

1

3.   On December 3, 2010, I served upon GoDaddy.com an e-mail that included a true and correct electronic copy of the Court's Order Denying Plaintiff's Motion for Preliminary Injunction (Dkt. No. 22). (*See* E-mail to GoDaddy.com, attached hereto as Exhibit 1.) In that e-mail, I noted the expiration of the Temporary Restraining Order and the Court's Order upon GoDaddy.com to disable the hold and lock, and otherwise enable the Internet domain name <stationcasinos.org>. (*See* Ex. 1.)

Dated this 3rd day of December, 2010.



ERIC T. ALDRIAN

Subscribed and sworn before me
this 3rd day of December, 2010.

Notary Public



OLIVIA A. RODRIGUEZ
NOTARY PUBLIC
STATE OF NEVADA
APPT. No. 04-89447-1
MY APPT. EXPIRES APRIL 20, 2012